Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Izard County Medical Center, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **Adams and Reese LLP**<br>**C/O Garrett Zoghby**<br>**Dept 5208, PO Box 2153**<br>**Birmingham, AL 35287** | | | | | | **$9,621.18** |
| **Arkansas Hospital Assn**<br>**C/O Bo Ryall**<br>**419 Natural Resources Drive**<br>**Little Rock, AR 72205** | | | | | | **$28,639.00** |
| **Baxter Regional Medical Center**<br>**C/O Ron Peterson, President & CEO**<br>**624 Hospital Drive**<br>**Mountain Home, AR 72653** | | | | | | **$1,100,000.00** |
| **Baxter Regional Medical Ctr-Lab Cultures**<br>**C/O Ron Peterson, President & CEO**<br>**624 Hospital Drive**<br>**Mountain Home, AR 72653** | | | | | | **$99,782.00** |

Debtor **Izard County Medical Center, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Calico Rock Med LLC**<br>**C/O Darren Gibbs**<br>**Law Offices of Darren A. Gibbs, PLLC**<br>**3729 N. Crossover Road, Suite 111**<br>**Fayetteville, AR 72703** | | | **Disputed** | | | $300,000.00 |
| **Central Tox LLC**<br>**525 Round Rock W. Cr.**<br>**Round Rock, TX 78681** | | | | | | $148,500.00 |
| **Centurylink Communication LLC**<br>**C/O Max Holstead**<br>**PO Box 4300**<br>**Carol Stream, IL 60197** | | | | | | $41,638.42 |
| **Correct Care, Inc.**<br>**C/O Nancy Scearce**<br>**229 Saint John Ln**<br>**Covington, LA 70433** | | | | | | $123,173.47 |
| **Dean Dorton Allen Ford, PLLC**<br>**C/O Jason Miller**<br>**250 W Main St**<br>**Suite 1400**<br>**Lexington, KY 40507** | | | | | | $25,050.00 |
| **Emergence Teleradiology**<br>**C/O Earl B. Maes, MD**<br>**205 Park Central East**<br>**Suite 516**<br>**Springfield, MO 65806** | | | | | | $10,806.00 |
| **Entergy**<br>**C/O Jon Majewski**<br>**PO Box 8101**<br>**Baton Rouge, LA 70891** | | | | | | $8,840.13 |
| **Healthland CPSI**<br>**C/O Troy Dolly**<br>**6600 Wall Street**<br>**Mobile, AL 36695** | | | | | | $1,099,740.75 |

Debtor **Izard County Medical Center, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Humana Health Care Plans** PO Box 931655 Atlanta, GA 31193 | | | | | | $27,948.59 |
| **Izard Co. Tax Collector** C/O Paul Womack 15 Spring Street Suite C Melbourne, AR 72556 | | | | | | $17,537.11 |
| **Mallard Gardner, PLLC** C/O Gabriel Mallard 1422 Scott Street Little Rock, AR 72202 | | | | | | $72,045.01 |
| **McKesson Medical-Surgical** C/O Jolette Phillips PO Box 660266 Dallas, TX 75266 | | | | | | $17,544.65 |
| **Office of Health Information Tech** 1501 N. University Suite 420 Little Rock, AR 72207 | | | | | | $16,800.00 |
| **Strateq Health** C/O MengChee Loh 7700 Windrose Ave Suite G300 Plano, TX 75024 | | | | | | $67,000.00 |
| **Welch, Couch & Company, P.A.** C/O Bill Couch P.O. Box 2094 Batesville, AR 72503 | | | | | | $35,100.00 |
| **White River Planning and Development** C/O Regan Miller PO Box 2396 Rowlett, TX 75030 | | | | | | $136,098.71 |