Notice of Undeliverable Mail to Debtor

March 18, 2020

From: United States Bankruptcy Court, Eastern District of Kentucky

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Izard County Medical Center, LLC, Case Number 19-61612, grs

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

London Office
US Bankruptcy Court
PO Box 1111
Lexington, KY 40588-1111

---

Undeliverable Address:
ACCENT

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
PO Box 952366
St Louis, MO 63195

Undeliverable Address:
AMERICAN PAPER & TWINE CO

Reason Undeliverable: INCOMPLETE ADDRESS

EASTERN DISTRICT OF KENTUCKY
FILED
APR 09 2020
AT LEXINGTON
NATHAN W. LEE, C...
U.S. BANKRUPTCY COURT

1

000785                                5770300078602S

THE UPDATED ADDRESS IS:

7400 Cockrill Bend Blvd
Nashville, TN 37209

Undeliverable Address:
AMERICAN PROFECIENCY INSTITUTE

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

PO Box 30516, Dept 9526
Lansing, MI 48909

Undeliverable Address:
APP GROUP INTERNATIONAL, LLC
85 BROAD STREET, 75TH FLOOR
NEW YORK NY 10004

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 70 OCEANA DR W APT 5H, BROOKLYN NY 11235-6675 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

Undeliverable Address:
AR CARE

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

PO Box 497
Augusta, AR 72006

Undeliverable Address:
ARKANSAS DEPT OF HEALTH

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

4815 W. Markham St.

2

Little Rock, AR 72205

Undeliverable Address:
ARKANSAS HOSPITAL ASSN

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
419 Natural Resources Drive
Little Rock, AR 72205

Undeliverable Address:
BIOMEDICAL SERVICES LLC

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
4931 CO. Road 8920
~~65775~~ West Plains, MO 65775

Undeliverable Address:
BLUEADVANTAGE ADMINISTRATORS OF ARK

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
PO Box 1460
Little Rock, AR 72203

Undeliverable Address:
BRACCO DIAGNOSTICS, INC.

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
PO Box 978952
Dallas, TX 75397

Undeliverable Address:
C.R.BARD, INC.

Reason Undeliverable: INCOMPLETE ADDRESS

000785                                                                     5770300078603 4

THE UPDATED ADDRESS IS:
PO Box 75767
Charlotte, NC 28275

Undeliverable Address:
CENTRAL TOX LLC

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
525 Round Rock W. Drive
Round Rock, TX 78681

Undeliverable Address:
CENTURYLINK COMMUNICATION LLC

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Business Services, PO Box 52187
Phoenix, AZ 85072

Undeliverable Address:
COMPLETE CARE INC.

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
PO Box 23840
Little Rock, AR 72221

Undeliverable Address:
COVIDIEN

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
PO Box 120823
Dallas, TX 75312

Undeliverable Address:

4

000785    5770300078603A

DAILY ACCESS CORPORATION

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
Dept 5092, PO Box 2153
Birmingham, AL 35287

Undeliverable Address:
DELL SOFTWARE, INC.

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
PO Box 731381
Dallas, TX 75373

Undeliverable Address:
DEMASS, MIKE

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
110 White Fence Lane
Mountain Home, AR 72653

Undeliverable Address:
FERGUSON, KATHERINE, RD, LD

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
3297 Leo Ammons Rd
Fayetteville, AR 72701

Undeliverable Address:
FFF ENTERPRISES, INC.

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
PO Box 840150

5

000785                                    57703000786043

Los Angeles, CA 90084

Undeliverable Address:
GULF COAST SCIENTIFIC, INC.

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
209 State Street East
Oldsmar, FL 34677

Undeliverable Address:
*HARRISON ENERGY PARTNERS*

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
1501 Westpark Drive, Ste 9
Little Rock, AR 72204

Undeliverable Address:
HEALTH ADVANTAGE

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
PO Box 8069
Little Rock, AR 72203

Undeliverable Address:
J&J HEALTH CARE SYSTEMS, INC.

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
PO Box 406663
Atlanta, GA 30384

Undeliverable Address:
MAQUET MEDICAL SYSTEMS USA

Reason Undeliverable: INCOMPLETE ADDRESS

6

000785    57703000786043

THE UPDATED ADDRESS IS:

3615 Solutions Center
Chicago, IL 60677

Undeliverable Address:
MINDRAY NORTH AMERICA

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

800 Macarthur Blvd
Mahwah, NJ 07430

Undeliverable Address:
MOBILE I XRAY

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

PO Box 246
Mountain Home, AR 72653

Undeliverable Address:
OFFICE OF HEALTH INFORMATION TECH

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

1501 N University, Suite 420
Little Rock, AR 72207

Undeliverable Address:
PAYMENT RESOLUTION SERVICES

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Attn: MSC 410837, PO Box 415000
Nashville, TN 37241

Undeliverable Address:

7

000785                                              57703000786052

PEM FILINGS, LLC

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Dept 1920, B PO Box 4110
Woburn, MA 01888

Undeliverable Address:
PROHEALTH CARE SEARCH, INC.

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

254 S. Ronald Reagan Blvd, Suite 225
Longwood, FL 32750

Undeliverable Address:
PURCHASE POWER

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

PO Box 371874
Pittsburgh, PA 15250

Undeliverable Address:
REEVES, JAMES L

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

PO Box 9105
Hot Springs, AR 71910

Undeliverable Address:
SPECTRA CORP

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

8131 LBJ Freeway, Ste 360

8

Dallas, TX 75251

Undeliverable Address:
STAPLES ADVANTAGE

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

PO Box 83689
Chicago, IL 60696

Undeliverable Address:
STEMENS HEALTHCARE DIAGNOSTICS

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

PO Box 121102
Dallas, TX 75312

Undeliverable Address:
SWEARINGEN REALTY GROUP, LLC

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

5950 Berkshire Lane, Ste. 500
~~75225~~ Dallas, TX 75225

Undeliverable Address:
UNITED HEALTHCARE (ADV)

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

PO Box 30436
Salt Lake City, UT 84130

Undeliverable Address:
WELCH, COUCH & COMPANY, P.A.

Reason Undeliverable: INCOMPLETE ADDRESS

9

THE UPDATED ADDRESS IS:

PO Box 2094

Batesville, AR 72503

_____        _____
Signature of Debtor or Debtor's Attorney                     Date

The Bankruptcy Noticing Center does not respond to messages regarding **bypass notification**. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

10

000785    5770300078606I





Izard County Medical Center
PO Box 438
Calico Rock, AR 72519

London Office
US Bankruptcy Court
PO Box 1111
Lexington, KY 40588-1111

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
RECEIVED
APR 09 2020